Lucy E. Pizzuto et al. *v.* Town of Newington et al.

The motion by the defendants Cherry Hill Association, Harry Baldus and Richard Morris to dismiss the appeal from the Superior Court in Hartford County is denied, and the defendants are given to March 1, 1977, to file their counterfinding.

*Vincent F. Sabatini,* for the appellees (defendants Cherry Hill Association et al.).

*Mark S. Shipman,* for the appellee (named defendant).

*Edward G. Pizzella,* for the appellants (plaintiffs).

Argued February 1—decided February 1, 1977

Anthony G. Russo et al. *v.* Redevelopment Agency of the City of Hartford

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Mark C. Yellin,* for the appellees (plaintiffs).

*Joseph A. Lorenzo,* for the appellant (defendant).